UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GALINA Y. POPOVA,

                Plaintiff,

— against —

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

                Defendants.
-------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. CV-08-851

(Irizarry, J.)
(Gold, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 2 2008 ★
P.M.
TIME A.M.

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that this action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own costs, fees, including attorney's fees, and disbursements. The Clerk shall issue a judgment closing this case.

Dated: Brooklyn, New York
       May 6, 2008

{filed electronically}
YAKOV SPEKTOR, Esq. (      )
Attorney for Plaintiff
1928 Kings Highway, 3rd Flr.
New York, New York 11229
(212) 267-2555


SO ORDERED:
Dated: Brooklyn, New York

      _May 8, 2008_, 2008

Dated: Brooklyn, New York
      May 7, 2008

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York
Attorney for Defendants
271 Cadman Plaza East, 7th Flr.
Brooklyn, New York 11201

By:   {filed electronically}
MARGARET M. KOLBE (MK2942)
Assistant United States Attorney
(718) 254-6039


S/DLI

_____
HONORABLE DORA L. IRIZARRY
United States District Judge